# In the United States Court of Federal Claims

No. 22-154C
(Filed: March 2, 2022)

****************************************
COASTAL ENVIRONMENTAL GROUP, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.
****************************************

## ORDER

The Government has moved to dismiss this bid protest, explaining that the United States Army Corps of Engineers will take corrective action equivalent to the relief requested in the Complaint and that the case is therefore moot. *See* Motion (ECF 17). Plaintiff Coastal Environmental Group, Inc. ("Coastal") agrees that the proposed corrective action would "provide Coastal with its requested relief," and therefore "does not oppose the Motion." *See* Response (ECF 18). The matter is therefore **DISMISSED** for lack of jurisdiction.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

                                        s/ Stephen S. Schwartz
                                        STEPHEN S. SCHWARTZ
                                        Judge